# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR06-0001-LRR |
| vs. | |
| DORIAN RAGLAND, | ORDER |
| Defendant. | |

This matter appears before the court on the defendant's motion for court documents (docket no. 184). The defendant filed such motion on April 16, 2009. The government did not file a resistance, and the court did not order it to do so.

In the instant motion, the defendant makes clear that he would like copies of his indictment, grand jury transcript, first trial transcript, second trial transcript and sentencing transcript. He also makes clear that he is willing to pay the fee to obtain copies. In light of the statements made by the defendant, the clerk's office is directed to inform the defendant how much it will cost to obtain copies of the indictment and the transcripts relating to the first trial, second trial and sentencing that have already been transcribed. It is also directed to send him the requested documents once payment is received. With respect to the request for the grand jury transcript, a grand jury transcript has not been transcribed, and the defendant does not explain why he needs such transcript. Further, the court does not believe it is appropriate to order at taxpayer expense the grand jury transcript, especially considering that a guilty verdict by the petit jury normally excuses errors at the grand jury level that are connected with the charging decision. *See e.g., United States v. Sanders*, 341 F.3d 809, 818-19 (8th Cir. 2003).

Based on the foregoing, the clerk's office is directed to satisfy the motion for court

documents (docket no. 184).

**IT IS SO ORDERED**.

**DATED** this 17th day of April, 2009.

JON STUART SCOLES
Magistrate Judge
UNITED STATES DISTRICT COURT